**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Federal Trade Commission** | ) | **CASE NO. 1:06-cv-2385** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | |
| | ) | **JUDGE PATRICIA A. GAUGHAN** |
| **Mazzoni & Son, Inc.,** *d/b/a* **EDI** | ) | |
| **Healthclaims Network,** and *d/b/a* | ) | |
| **Concept Trading Company,** | ) | |
| **Chester J. Mazzoni,** | ) | |
| **Leo Douglas Lepo,** *a/k/a* **Douglas L.** | ) | |
| **Lepo,** | ) | |
| **Breeze Freeze, Inc.,** | ) | |
| **Four Seasons Beverage & Equipment,** | ) | **Transfer Order** |
| **Dolele & Associates, LLC, and** | ) | |
| **Metro Plymouth Business Park, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |

This Court, having issued its Memorandum Opinion and Order granting Defendants' Motion to Transfer (Doc. 19), hereby transfers this case to the United States District Court for the Eastern District of Michigan.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 12/13/06

1